UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MANDEEP NO NAME,

Petitioner,

v.

CHRISTOPHER CHESTNUT, *et al.*,

Respondents.

Case No. 1:26-cv-06224 (VC)

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

Re: Dkt. No. 1

Petitioner Mandeep No Name was, at the time this case was filed, detained at the California City Detention Facility pending the resolution of his removal proceedings. He initiated this case by filing a petition for a writ of habeas corpus under 28 U.S.C. § 2241 in which he alleged that his detention violated his Fifth Amendment right to due process, among other claims. *See* Dkt. No. 1 at 53. He simultaneously moved for a temporary restraining order. *See* Dkt. No. 2. The Court ordered further briefing and directed the government to state in its response whether it opposed the conversion of the TRO to a preliminary injunction motion. *See* Dkt. No. 7. The government timely responded to the TRO and did not object to converting the TRO into a motion for preliminary injunction. *See* Dkt. No. 8.

The Court converted the TRO into a motion for preliminary injunction, granted it, and ordered Petitioner's release. *See No Name v. Chestnut*, No. 1:26-CV-06224 (VC), 2026 WL 2416011 (E.D. Cal. Aug. 18, 2026). The Court also enjoined and restrained Respondents from re-detaining Petitioner without first providing notice and a pre-deprivation hearing. *Id.* at *2. And it further ordered the government to show cause, in writing, why the petition for writ of habeas corpus should not be granted. *Id.* Respondents did not file a response to the order to show

cause.

Accordingly, for the reasons given in the order granting a preliminary injunction, the Petition is GRANTED as to count one of the petition. And because it is unnecessary to resolve the remaining counts in the petition, the court declines to do so. The preliminary injunctive relief previously granted is made permanent.

The Clerk of Court is DIRECTED to close this case and enter judgment for Petitioner. This order resolves all pending motions.

**IT IS SO ORDERED.**

Dated: November 2, 2026

VINCE CHHABRIA
United States District Judge